A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2ND Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
DAVID J. LUBOFSKY

FILED
DISTRICT COURT OF GUAM
SEP 21 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY,<br><br>    Plaintiff,<br>vs.<br><br>GOVERNMENT OF GUAM; GOVERNMENT OF GUAM RETIREMENT FUND<br><br>    Defendants. | CIVIL CASE NO. 04-00031<br><br>PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE AND STATUS REPORT PURSUANT TO LR 16.1(e) |

COMES NOW, Plaintiff DAVID J. LUBOFSKY, by and through his counsel of record, and requests a continuance of the Scheduling Conference currently set for September 23, 2004 at 3:00 pm, and provides the Court a status report pursuant to Local Rule 16.1(e) as follows:

### MOTION TO CONTINUE SCHEDULING CONFERENCE AND STATUS REPORT

Plaintiff respectfully requests that the Scheduling Conference currently set for September 23, 2004 at 3:00 pm be continued as the Defendants have not yet been served. Plaintiff is attempting to settle this matter with the Defendants in the near future. Plaintiff has a hearing this Friday, September 24, 2004 at the Government of Guam Retirement Fund regarding his medical disability retirement application.

Lubofsky v. Government of Guam, CIV 04-00031
Motion for Continuance and Status Report
September 20, 2004

Depending on the outcome of same, the above-captioned matter may be able to be settled. Plaintiff intends to serve the Defendants next week if the matter cannot be resolved.

## CONCLUSION

Based on all of the foregoing, Plaintiff DAVID J. LUBOFSKY respectfully requests this honorable Court to continue the Scheduling Conference currently set for September 23, 2004 at 3:00 pm for an additional 45 days from the aforementioned date.

Respectfully Submitted,

LAW OFFICES OF GORMAN & GAVRAS

Date: September 20, 2004     BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
DAVID J. LUBOFSKY