A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2ND Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**DAVID J. LUBOFSKY**

FILED
DISTRICT COURT OF GUAM
SEP 23 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT

OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY, | CIVIL CASE NO. 04-00031 |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| GOVERNMENT OF GUAM; GOVERNMENT OF GUAM RETIREMENT FUND | |
| Defendants. | |

IT IS HEREBY ORDERED that the Scheduling Conference currently set for September 23, 2004 at 3:00 pm be continued to October 19, 2004 at 3:00 p.m.

Dated: September 23, 2004      BY: _____
                                Judge, U.S. District Court of Guam



RECEIVED
SEP 22 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM