AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED
DISTRICT COURT OF GUAM

OCT 18 2004

MARY L. M. MORAN
CLERK OF COURT

DISTRICT OF Guam

DAVID J. LUBOFSKY,
    Plaintiff,

V.

GOVERNMENT OF GUAM; GOVERNMENT OF GUAM RETIREMENT FUND
    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-00031**

TO: (Name and address of defendant)
GOVERNMENT OF GUAM RETIREMENT FUND
424 Route 8
Maite, Guam 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

JUN 25 2004
DATE

*[signature]*
(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE October 18, 2004 |
| NAME OF SERVER (PRINT) RONY A. CRUZ | TITLE Runner |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Government of Guam Retirement Fund, 424 Route 8, Maite, Guam 96910. Served upon Wilfred G. Aflague, Interim Director

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10·18·04
             Date

Signature of Server

2nd Floor, J&R Bldg., 208 Route 4, Hagatna, GU 96910
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.