# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY,, <br><br> Plaintiff, <br><br> vs. <br><br> GOVERNMENT OF GUAM; GOVERNMENT OF GUAM RETIREMENT FUND, <br><br> Defendants. | Civil Case No. 04-00031 <br><br><br> ORDER |

Due to the closure of the Court in anticipation of Typhoon Nock-Ten, the scheduling conference previously scheduled for October 19, 2004 is hereby moved to Monday, November 22, 2004 at 10:00 a.m. The Plaintiff shall lodge the proposed Scheduling Order and Discovery Plan with the Court no later than one (1) week prior to the November 22nd conference.

SO ORDERED this 22nd day of October, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge