A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2ND Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
DAVID J. LUBOFSKY

FILED
DISTRICT COURT OF GUAM
NOV 23 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY, | CIVIL CASE NO. 04-00031 |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SCHEDULING CONFERENCE; and ORDER |
| GOVERNMENT OF GUAM; GOVERNMENT OF GUAM RETIREMENT FUND | |
| Defendants. | |

## STIPULATION

It is hereby stipulated and agreed to by the undersigned that the Scheduling Conference in this matter, presently set for November 22, 2004 at 10:00 a.m. be continued for an additional three weeks and that the Proposed Scheduling Order be filed in Court 7 days prior to the new Scheduling Conference date.

SO STIPULATED:

LAW OFFICES OF GORMAN & GAVRAS

Date: November 22, 2004      BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
DAVID J. LUBOFSKY

**Lubofsky v. Government of Guam, et al; Civil Case No. 04-00031**
**Stipulation to Continue Scheduling Conference; and Order**
**November 22, 2004**

OFFICE OF THE ATTORNEY GENERAL
OF GUAM

Date: November 22, 2004    BY: _____
ROBERT WEINBERG, ESQ.
Attorneys for Defendant
GOVERNMENT OF GUAM

CARLSMITH BALL, LLP

Date: November 22, 2004    BY: _____
PATRICK J. MASON, ESQ.
Attorneys for Defendant
GOVERNMENT OF GUAM
RETIREMENT FUND

## ORDER

IT IS HEREBY ORDERED that Scheduling Conference presently set for November 22, 2004, in this matter be continued to December 13, 2004, at 2:00 pm and that the Proposed Scheduling Order of the parties be filed 7 days prior to the Scheduling Conference date.

DATE: 11/23/2004

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**RECEIVED NOV 22 2004 DISTRICT COURT OF GUAM HAGATNA, GUAM**

2