FILED
DISTRICT COURT OF GUAM
DEC 14 2004
MARY L. M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY, | Civil Case No. 04-00031 |
| Plaintiff, | |
| vs. | |
| GOVERNMENT OF GUAM and GOVERNMENT OF GUAM RETIREMENT FUND, | MINUTES |
| Defendants. | |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(December 13, 2004 at 3:00 p.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Attorney William Gavras appeared on behalf of the Plaintiff. Assistant Attorney General Robert Weinberg appeared on behalf of the Government of Guam. Special Assistant Attorney General Patrick Mason appeared on behalf of the Government of Guam Retirement Fund.

Judge Manibusan reviewed the proposed Scheduling Order and Discovery Plan with counsel. The Court stated it was making the following changes to the dates proposed therein:

- ¶8(c) Dispositive motion hearing: "August 2, 2005" changed to "August 16, 2005."
- ¶10 Preliminary Pretrial Conference: "August 8, 2005" changed to "September 6, 2005."

- ¶11 Pretrial materials submission: "August 15, 2005" changed to "September 13, 2005."
- ¶12 Proposed Pretrial Order: "August 15, 2005" changed to "September 13, 2005."
- ¶13 Final Pretrial Conference: "August 22, 2005" changed to "September 20, 2005."
- ¶14 Trial: "August 29, 2004" changed to "September 27, 2005."

The Magistrate Judge also stated that he will preside over the settlement conference if and when the parties desire to schedule one. At this time, the parties are not amenable to a settlement conference. Attorney Mason stated that he would be filing a motion for summary judgment.

The Magistrate Judge reminded counsel that expert witnesses must be identified at least 90 days prior to trial.

The conference concluded at 3:25 p.m.

Dated: December 13, 2004.

_____
JUDITH P. HATTORI
Law Clerk