A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2ND Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**DAVID J. LUBOFSKY**

```
FILED
DISTRICT COURT OF GUAM
DEC 1 4 2004
MARY L. M. MORAN
CLERK OF COURT
```



## IN THE U.S. DISTRICT COURT

## OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY, | CIVIL CASE NO. 04-00031 |
| Plaintiff, | |
| vs. | DISCOVERY PLAN |
| GOVERNMENT OF GUAM; GOVERNMENT OF GUAM RETIREMENT FUND | |
| Defendants. | |

### DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rule 16.2, the parties agree to and hereby submit the following plan:

A. Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B. Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum). Requests for production may also be propounded. This discovery shall

Lubofsky v. Government of Guam, et al., Civil Case No. 04-00031
Discovery Plan
December 2004.

be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

C. The parties, except as otherwise noted, agree to provide all prediscovery and preliminary discovery mandated by Local Rules and FRCP Rule 26 by December 13, 2004. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

D. All parties will exchange names and reports (if any) of expert witnesses on or before March 25, 2005.

E. The specific subjects on which discovery may be needed are:

Facts supporting the nature of the claims and defenses.

F. Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the Federal and Local Rules.

G. The Cutoff date for discovery is June 3, 2005.

**APPROVED AS TO FORM AND CONTENT:**

LAW OFFICES OF GORMAN & GAVRAS

Dated: December 6, 2004.   BY: _____
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
DAVID J. LUBOFSKY

Lubofsky v. Government of Guam, et al., Civil Case No. 04-00031
Discovery Plan
December 2004.

                    OFFICE OF THE ATTORNEY GENERAL
                    OF GUAM

Dated: December __, 2004.    BY: _____
                                  ROBERT WEINBERG, ESQ.
                                  Attorneys for Defendant
                                  GOVERNMENT OF GUAM

                    CARLSMITH BALL, LLP

Dated: December __, 2004.    BY: _____
                                    PATRICK J. MASON, ESQ.
                                  Attorneys for Defendant
                                  GOVERNMENT OF GUAM
                                  RETIREMENT FUND

RECEIVED
DEC - 6 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM