ORIGINAL



CARLSMITH BALL LLP

J.PATRICK MASON
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Defendant
Government of Guam Retirement Fund



IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DAVID J. LUBOFSKY,<br><br>                Plaintiff,<br><br>vs.<br><br>GOVERNMENT OF GUAM;<br>GOVERNMENT OF GUAM<br>RETIREMENT FUND,<br><br>                Defendants. | CIVIL CASE NO. CIV04-00031<br><br>**NOTICE OF DEPOSITION** |

**TO:** **DAVID J. LUBOFSKY**
      by and through his Attorney of record,
      A.Alexander Gorman, Esq.
      Law Offices of Gorman & Gavras, P.C.
      2nd Floor, J&R Building
      208 Route 4
      Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that the Government of Guam Retirement Fund, Defendant in the above-entitled action, will take the deposition of DAVID J. LUBOFSKY at the law offices of Carlsmith Ball LLP, Suite 401, Bank of Hawaii Building, 134 West Soledad Avenue, Hagåtña, Guam 96910, on **March 10, 2005, at 9:00 o'clock a.m.**

The deposition will be recorded pursuant to the Rules of Civil Procedure for the District Court of Guam. If said deposition is not completed on the date set out above, the taking of the depositions will be continued from day to day thereafter, except for Sundays and holidays, at the same place, until completed.

DATED: Hagåtña, Guam, February 22, 2005.

CARLSMITH BALL LLP

_____
J. PATRICK MASON
Attorneys for Defendant
Government of Guam Retirement Fund