A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2ND Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiff
DAVID J. LUBOFSKY

FILED
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT

15

IN THE U.S. DISTRICT COURT

OF GUAM

DAVID J. LUBOFSKY,

    Plaintiff,

vs.

GOVERNMENT OF GUAM;
GOVERNMENT OF GUAM
RETIREMENT FUND

    Defendants.

CIVIL CASE NO. 04-00031

DECLARATION OF SERVICE

### DECLARATION OF SEGUNDO DE GUZMAN

I, Segundo de Guzman, hereby declare as follows:

1. I have personal knowledge of the facts recited in this paper. The basis of my knowledge is my experience with the events described below. I could and would testify competently as to these facts if called upon by the Court.

2. I am an individual over the age of 18 and am employed by the Law Offices of Gorman & Gavras, P.C.

3. I effectuated service on Defendant GOVERNMENT OF GUAM RETIREMENT FUND, by serving The Law Office of Carlsmith Ball LLP, at Bank of


ORIGINAL

Lubofsky vs. Government of Guam, et al., CV04-00031
Declaration of Service
April 18, 2005

Hawaii Bldg., Suite 401, 134 West Soledad Avenue, Hagatna, Guam 96932 on March 25, 2005, at 4:00 p.m.

4. DOCUMENTS SERVED:

    a. Plaintiff's Designation of Experts;

I declare under the penalty of perjury, under the laws of Guam, that the foregoing is true and correct.

EXECUTED ON: April 18, 2005.

_____
SEGUNDO DE GUZMAN

2
Case 1:04-cv-00031   Document 15   Filed 04/19/2005   Page 2 of 2