# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| David J. Lubofsky,<br><br>Plaintiff,<br><br>vs.<br><br>Government of Guam, et al.,<br><br>Defendants. | Case No. 1:04-cv-00031<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order re stipulation to continue the trial filed on August 8, 2005* on the dates indicated below:

| Law Offices of Gorman and Gavras | Office of the Attorney General | Carlsmith Ball LLP |
|---|---|---|
| August 9, 2005 | August 10, 2005 | August 9, 2005 |

I, Renee M. Martinez, declare under the penalty of perjury that on the above listed date(s) the:

Order re stipulation to continue the trial

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 11, 2005                    /s/ Renee M. Martinez
                                                       Deputy Clerk