A. Alexander Gorman, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2ND Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiff**
**DAVID J. LUBOFSKY**



**FILED**
DISTRICT COURT OF GUAM
OCT 1 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE U.S. DISTRICT COURT
OF GUAM

DAVID J. LUBOFSKY,

Plaintiff,

vs.

GOVERNMENT OF GUAM;
GOVERNMENT OF GUAM
RETIREMENT FUND

Defendants.
_____/

CIVIL CASE NO. 04-00031

STIPULATION OF DISMISSAL

### STIPULATION OF DISMISSAL

COMES NOW the parties and pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of the Civil Procedure and hereby stipulate and agree to the Dismissal without prejudice of the above-entitled case.

SO STIPULATED:

LAW OFFICES OF GORMAN & GAVRAS

Date: October 17, 2005    BY: A. M.
A. ALEXANDER GORMAN, ESQ.
Attorneys for Plaintiff
DAVID J. LUBOFSKY

ORIGINAL

Lubofsky v. Government of Guam, et al; Civil Case No. 04-00031
**Stipulation of Dismissal**
**October 17, 2005.**

OFFICE OF THE ATTORNEY GENERAL
OF GUAM
Douglas B. Moylan, Attorney General

Date: October 18, 2005    BY: _____
ROBERT WEINBERG, ESQ.
Attorneys for Defendant
GOVERNMENT OF GUAM


CARLSMITH BALL, LLP

Date: October 18, 2005    BY: _____
PATRICK J. MASON, ESQ.
Attorneys for Defendant
GOVERNMENT OF GUAM
RETIREMENT FUND